NATIONAL WALL PAPER COMPANY, Appellant, *v.* MEYER L. SIRE, Respondent, Impleaded with Others.

(Submitted June 4, 1900; decided June 12, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 122.)